In the Matter of the Application of EMILY H. JACKSON, Surviving Spouse, for the Determination of the Validity and Effect of Her Election to Take Her Intestate Share against the Provisions of the Will of WILLIAM H. E. JACKSON, Deceased. EMILY H. JACKSON, Appellant; ARTHUR JACKSON and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Adel, JJ.; Johnston, J., not voting.

JAMES J. KINSELLA, as Sole Surviving Trustee under the Last Will and Testament of WILLIAM H. KINSELLA, Late of the County of Kings, Deceased, Respondent, v. WILLIAM J. McNULTY, Appellant, and CATHERINE HOWARD, Defendant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

KLARFELD MOTORS, INC., Respondent, v. SERVICE FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

AMY E. MOHRMANN, Respondent, v. FREDA M. KOB, as Committee of WILLIAM G. MOHRMANN, Also Known as WILLIAM MOHRMANN, JR., an Incompetent Person, and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 209.] The following question is certified: In so far as the counterclaim is concerned, was the order properly made? Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE NEW ROCHELLE WATER COMPANY, Appellant, v. COUNTY OF WESTCHESTER and WESTCHESTER COUNTY PARK COMMISSION, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 775.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

WILLIAM H. SNYDER, Respondent, v. JEAN LYALL THOMPSON, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

SUN INDEMNITY COMPANY OF NEW YORK, Plaintiff, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MAY AGNES TOOLAN, Appellant, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE OF BOSTON, MASSACHUSETTS, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BOYD H. WOOD COMPANY, Respondent, v. RAYMOND HORGAN, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [178 Misc. 385.]